# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JANICE L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-963-SLP |
| | ) | |
| OKLAHOMA DEPARTMENT OF | ) | |
| HUMAN SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon review of the Complaint [Doc. No. 1] and its attachments, certain exhibits, [Doc. No. 1-2], contain protected information, including the names of one or more individuals that appear to be minors. *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk of Court is directed to seal the exhibits [Doc. No. 1-2] to the Complaint.

The Court further directs Plaintiff to file an Amended Complaint with exhibits that redacts all minor children's names and includes only their initials, as required by the privacy protection requirements of Rule 5.2(a) of the Federal Rules of Civil Procedure. Plaintiff is warned that while she is proceeding in this action without an attorney, she must still comply with applicable rules. *Garrett v. Selby Connor Maddux & Janer*, 425 F.3d 836, 840 (10th Cir. 2005) ("[P]ro se parties [must] follow the same rules of procedure that govern other litigants," including the Federal Rules of Civil Procedure and this Court's Local Civil Rules (which are available on the Court's website)). Future filings that do not comply with the Local Civil Rules or Federal Rules of Civil Procedure, including Rule 5.2(a), may be summarily stricken.

IT IS THEREFORE ORDERED that Plaintiff shall file an Amended Complaint. Exhibits attached to the Amended Complaint must have redactions of all minor children's names.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the exhibits attached to the Complaint [Doc. No. 1-2].

IT IS SO ORDERED this 1st day of May, 2026.

_____
SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE