**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JANICE L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-963-SLP |
| | ) | |
| OKLAHOMA DEPARTMENT OF | ) | |
| HUMAN SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of the Amended Complaint [Doc. No. 4] and its attachments, certain exhibits, *see* [Doc. Nos. 4-3, 4-6, 4-8], contain protected information, including the names of one or more individuals that appear to be minors.  *See* Fed. R. Civ. P. 5.2(a). Accordingly, the Clerk of Court is directed to seal the exhibits, [Doc. Nos. 4-3, 4-6, 4-8] to the Amended Complaint.

This is the second instance in which Plaintiff's submissions contain the names of minors.  The names of the minors are still legible despite Plaintiff attempting to cover such names with a pen.  The Court strongly admonishes Plaintiff that the names of minors cannot be recognizable in public filings before this Court and must be properly redacted.

The Court further directs Plaintiff to file an Amended Complaint with exhibits that **sufficiently** redact all minor children's names and include only their initials, as required by the privacy protection requirements of Rule 5.2(a) of the Federal Rules of Civil Procedure.  Plaintiff is again warned that while she is proceeding in this action without an attorney, she must still comply with applicable rules.  *Garrett v. Selby Connor Maddux &*

*Janer*, 425 F.3d 836, 840 (10th Cir. 2005) ("[P]ro se parties [must] follow the same rules of procedure that govern other litigants," including the Federal Rules of Civil Procedure and this Court's Local Civil Rules (which are available on the Court's website)).

IT IS THEREFORE ORDERED that Plaintiff shall file a Second Amended Complaint. Exhibits attached to the Second Amended Complaint must have redactions of all minor children's names. Such redactions shall be made in such a manner that the full names of any minor children cannot be discerned.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the exhibits attached to the Amended Complaint [Doc. Nos. 4-3, 4-6, 4-8].

IT IS SO ORDERED this 11th day of May, 2026.

_____

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**